UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>SHERVINGTON LOVELL,<br><br>Defendant. | **ORDER**<br><br>(S1) 18 Cr. 601 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a conference to discuss Defendant Lovell's request to adjourn the April 14, 2020 trial date will take place on **February 21, 2020 at 3:15 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
        February 19, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge