UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

SHERVINGTON LOVELL,

Defendant.

**ORDER**

18 Cr. 601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Shervington Lovell previously scheduled for April 16, 2021 is adjourned to **May 20, 2021 at 12:00 p.m.** Any submissions on behalf of the Defendant are due **April 29, 2021**, and any submission by the Government is due on **May 6, 2021**.

Dated: New York, New York
March 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge